M. P. No. 898. THOMAS A. McGARTY *v.* JOHN F. SHARKEY, *Acting Warden.* Petition for writ of habeas corpus denied without prejudice, and petitioner may file such a petition in Superior Court. A hearing will be held in that court wherein testimony shall be adduced relevant to petitioner's claim that his plea of guilty was not intelligently and voluntarily made. *Thomas A. McGarty,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Luc R. LaBrosse,* Special Asst. Attorney General, for respondent.

M. P. No. 901. JOSEPH S. BUBAN *v.* DEPARTMENT OF EMPLOYMENT SECURITY. Motion for leave to file petition for writ of certiorari denied. *Moses Kando,* for petitioner. *Irving J. Bilgor,* for respondent.

M. P. No. 938. MERCHANTS MUTUAL INSURANCE COMPANY *v.* NEWPORT HOSPITAL. Petition for writ of certiorari granted, writ to issue forthwith. Petition consolidated for hearing with petition in *Merchants Mutual Insurance Company v. Eli Cohen,* No. 939-M. P. *Martin M. Zucker,* for petitioner. *Corcoran, Peckham & Hayes, Joseph T. Houlihan,* for respondent.

M. P. No. 939. MERCHANTS MUTUAL INSURANCE COMPANY *v.* ELI COHEN. Petition for writ of certiorari granted, writ to issue forthwith. Petition consolidated for hearing with petition in *Merchants Mutual Insurance Company v. Newport Hospital,* No. 938-M. P. *Martin M. Zucker,* for petitioner. *Moore, Virgadamo, Boyle & Lynch, Jeremiah C. Lynch, Jr.,* for respondent.